**Gary TAYLOR, Petitioner**

v.

**John J. TALABER, Pennsylvania Board of Probation and Parole, et. al., Respondents**

**No. 29 EM 2017**

Supreme Court of Pennsylvania.

April 24, 2017

### ORDER

PER CURIAM

**AND NOW,** this 24th day of April, 2017, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

**UNITED STATE EX REL. William NEAL, Petitioner**

v.

**COMMONWEALTH of Pennsylvania, Superintendent Thomas McGinley, Attorney General, Respondents**

**No. 31 EM 2017**

Supreme Court of Pennsylvania.

April 24, 2017

### ORDER

PER CURIAM

**AND NOW,** this 24th day of April, 2017, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**